JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA 93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Daniel Richard Hogan,<br><br>  Plaintiff,<br><br>  vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>  Defendant. | Case No. 1:20-cv-01787-SKO<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br><br>(Doc. 14) |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from August 2, 2021 to September 1, 2021, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT . All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's first request for an extension of time. Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due

1

on the same week. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: July 7, 2021      PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
    JONATHAN OMAR PENA
    Attorneys for Plaintiff

Dated: July 7, 2021      PHILLIP A. TALBERT
                         Acting United States Attorney
                         DEBORAH LEE STACHEL
                         Regional Chief Counsel, Region IX
                         Social Security Administration

By:  **/s/ Marcelo N. Illarmo*
     Marcelo N. Illarmo
     Special Assistant United States Attorney
     Attorneys for Defendant
     (*As authorized by email on July 7, 2021)

## **ORDER**

Pursuant to the parties' above-stipulation (Doc. 14), and for good cause shown, IT IS HEREBY ORDERED that Plaintiff shall have a 30-day extension of time, from August 2, 2021, to September 1, 2021, for Plaintiff to serve Defendant

with PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT .  All other dates in the Court's Scheduling Order (Doc. 13) shall be extended accordingly.

IT IS SO ORDERED.

Dated:     **July 8, 2021**                                        /s/ *Sheila K. Oberto*                    
                                                                    UNITED STATES MAGISTRATE JUDGE